B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14−30168**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/16/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Krzysztof Budnicki
5027 N. Mango Ave.
Chicago, IL 60630

| | |
|---|---|
| Case Number: 14−30168<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2679 |
| Attorney for Debtor(s) (name and address):<br>Nicholas C Kefalos<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606−2800<br>Telephone number: 312 264−4460 | Bankruptcy Trustee (name and address):<br>Eugene Crane<br>Crane Heyman Simon Welch & Clar<br>135 S Lasalle Ste 3705<br>Chicago, IL 60603<br>Telephone number: 312 641−6777 |

## Meeting of Creditors:
Date: **October 7, 2014**        Time: **12:30 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 12/8/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: August 18, 2014 |

**EXPLANATIONS** B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                               Case No. 14-30168-TAB
Krzysztof Budnicki                                                                   Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: jclarke              Page 1 of 2              Date Rcvd: Aug 18, 2014
                              Form ID: b9a               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2014.
```
db           +Krzysztof Budnicki,    5027 N. Mango Ave.,    Chicago, IL 60630-4608
22290193     +Advocate Lutheran General Hospital,    1775 Dempster St.,    Park Ridge, IL 60068-1174
22290195     +Bank of America,    CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
22290198     +Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
22290200     +CBE Group,   1309 Technology Parkway,    Cedar Falls, IA 50613-6976
22293861     +Edward Czuj,    5057 N. Mango,    Chicago IL 60630-4608
22290203     +Fifth Third Bank,   Bankruptcy Dept., Maildrop RSCBe#,    1830 E. Paris Ave. SE,
               Grand Rapids, MI 49546-6253
22290204     +GE Capital Bank,    6510 Milrock Drive, Suite 200,    Salt Lake City, UT 84121-5996
22290209     +HSBC Bank, USA, NA,    1800 Tysons Blvd,    Mc Lean, VA 22102-4257
22290205      Hadou Bozen,    8040 Church Terrace,    Niles, IL 60714
22290206     +Harris & Harris, LTD,    111 W. Jackson,    Chicago, IL 60604-4135
22290207      Harris & Harris, LTD,    222 Merchandise Mart Plaza Ste 1900,    Chicago, IL 60654-1421
22290210      Judith Johnson, Attorney,    57963 Archer Ave,    Chicago, IL 60638
22290212     +MCSI,   PO Box 327,    Palos Heights, IL 60463-0327
22290213     +MCSI, Inc.,    CT Corp. System.,    208 S. Lasalle, Suite 814,    Chicago, IL 60604-1135
22290211     +Malgorz Pienkowski,    820 Wagner Road,    Glenview, IL 60025-3230
22290218     +Midland Funding,    3111 Camino Del Rio N, #1300,    San Diego, CA 92108-5750
22290220     +Midland Funding, LLC,    Illinois Corp. Service C,    801 Adlai Stevenson Drive,
               Springfield, IL 62703-4261
22290222     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan Motor Acceptance,     990 W. 190th St.,    Torrance, CA 90502)
22290224      PNC Bank,   Attn: Bankruptcy,    PO Box 489909,    Charlotte, NC 28269-5329
22290225     +PNC Bank, NA,    222 Delaware Ave.,    Wilmington, DE 19801-1637
22290223     +Pierce & Associates,    1 N. Dearborn,    Chicago, IL 60602-4373
22290228     +Portfolio Recovery (Agent),    Illinois Corp. Service C,    801 Adlai Stevenson Drive,
               Springfield, IL 62703-4261
22290232     +Quail Properties,    Agent STefan Szlembarski,    430 Quail Ridge Drive,    Westmont, IL 60559-6145
22290234     +Synchrony Bank,    170 W. Election Road, Suite 125,    Draper, UT 84020-6425
22290235     +Village of Lakemoor,    28874 W. Illinois Route 120,    McHenry, IL 60051-7204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: nkefalos@vernormoran.com Aug 19 2014 03:29:25     Nicholas C Kefalos,
               Vernor Moran LLC,    27 North Wacker Drive Suite 2000,    Chicago, IL 60606-2800
tr           +EDI: BECRANE.COM Aug 19 2014 03:03:00     Eugene Crane,    Crane Heyman Simon Welch & Clar,
               135 S Lasalle Ste 3705,    Chicago, IL 60603-4101
22290194     +EDI: GMACFS.COM Aug 19 2014 03:03:00     Ally Financial,    PO Boxx 380901,
               Minneapolis, MN 55438-0901
22290197     +EDI: BANKAMER2.COM Aug 19 2014 03:08:00     Bank of America, NA,    100 N. Tryon St.,
               Charlotte, NC 28202-4031
22290199     +EDI: STFC.COM Aug 19 2014 03:08:00     CACH LLC,    4340 S. Monaco, 2nd Floor,
               Denver, CO 80237-3485
22290201     +E-mail/Text: bknotice@erccollections.com Aug 19 2014 03:30:44     Enhanced Recovery,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
22290208      EDI: HFC.COM Aug 19 2014 03:08:00     HSBC,   Attn: Bankruptcy,    PO Box 9068,
               Brandon, FL 33509-9068
22290215     +EDI: CAPITALONE.COM Aug 19 2014 03:08:00     Menards / Capital one,    PO Box 30253,
               Salt Lake City, UT 84130-0253
22290216     +EDI: MID8.COM Aug 19 2014 03:08:00     Midland Credit Management,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
22290226      EDI: PRA.COM Aug 19 2014 03:13:00     Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541
22290230     +EDI: PRA.COM Aug 19 2014 03:13:00     Portfolio Recovery (Corp),    120 Corporate Blvd,
               Norfolk, VA 23502-4962
22290233     +EDI: RMSC.COM Aug 19 2014 03:13:00     Sam's Club,    PO Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 12
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22290196*    +Bank of America,    CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
22290202*    +Enhanced Recovery,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
22290214*    +MCSI, Inc.,    CT Corp. System.,    208 S. Lasalle, Suite 814,    Chicago, IL 60604-1135
22290217*    +Midland Credit Management,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
22290219*    +Midland Funding,    3111 Camino Del Rio N, #1300,    San Diego, CA 92108-5750
22290221*    +Midland Funding, LLC,    Illinois Corp. Service C,    801 Adlai Stevenson Drive,
               Springfield, IL 62703-4261
22290227*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541)
22290229*    +Portfolio Recovery (Agent),    Illinois Corp. Service C,    801 Adlai Stevenson Drive,
               Springfield, IL 62703-4261
22290231*    +Portfolio Recovery (Corp),    120 Corporate Blvd,    Norfolk, VA 23502-4962
                                                                                  TOTALS: 0, * 9, ## 0
```

```
District/off: 0752-1          User: jclarke              Page 2 of 2              Date Rcvd: Aug 18, 2014
                              Form ID: b9a               Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:
              Eugene   Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Nicholas C Kefalos    on behalf of Debtor Krzysztof  Budnicki nkefalos@vernormoran.com,
               G4641@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```