Certificate Number: 05781-ILN-DE-024323022

Bankruptcy Case Number: 14-30168



05781-ILN-DE-024323022

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2014, at 6:52 o'clock AM PDT, Krzysztof Budnicki completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   October 8, 2014                By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President